# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00665-CR

## Ex parte Miles Wilson, Jr.

### FROM THE 264TH DISTRICT COURT OF BELL COUNTY
### NO. 53,612, THE HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Miles Wilson, Jr. has filed a motion to dismiss his appeal. The motion is signed by appellant, who filed this appeal pro se. *See* Tex. R. App. P. 42.2(a). We grant the motion and dismiss the appeal. *See id*.

_____

Rosa Lopez Theofanis, Justice

Before Justices Theofanis, Crump, and Ellis

Dismissed on Appellant's Motion

Filed: January 31, 2025

Do Not Publish